UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Aminata Duncanson, Plaintiff(s)

vs.

Broone county Real Property tax, Defendant(s)

Civil Case No.: 3:23-cv-00977 (TJM/ML)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ✓ JURY ___ COURT (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Aminata Duncanson
   Address: 26 Pulaski St
   Binghamton NY 13905

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Broome county
   Official Position: Real property tax
   Address: 60 Hawley St 2nd Fl
   PO Box 2087

5.                  **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

I contacted Legal Aid Society

### SECOND CAUSE OF ACTION

I apply for judicial intervention for unlawful foreclosure with no no prior notice, publicity of my property on the paper

### THIRD CAUSE OF ACTION

Civil Law-Suit in United States District Court Northern District of New York.

b.  Defendant: _____

Official Position: _____

Address: _____
_____
_____

c.  Defendant: _____

Official Position: _____

Address: _____
_____
_____

Additional Defendants may be added on a separate sheet of paper.

4.  **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

On July 28, I received a letter from Broome county Real-taxe notifying me of my property being transfered to Broome county no prior notice of forclosure has been sent. In the letter an option to buy back property by paying $6,185 + $195 payable to Broome county real property no later than

## 6. PRAYER FOR RELIEF

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

any relief and punishment fit for fraudulent activity, I would like a refund of $300,000 for publishing a none foreclosed property on the paper

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 08-11-2023

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2023