Case 3:23-cv-00977-AJB-ML   Document 20   Filed 04/26/24   Page 1 of 3

§ 11251. Motion to court for default judgment, 7 West's Fed. Forms, Admiralty §...

**7 West's Fed. Forms, Admiralty § 11251 (5th ed.)**

**West's Federal Forms** | May 2023 Update

**Admiralty**
Geoffrey W. Gill [a0]

**Chapter 176. Default**

**I. Actions in Personam**

# § 11251. Motion to court for default judgment

**[Fed. R. Civ. P. 55(b)]**

*[Title of Court and Cause]*

Plaintiff moves the court for a judgment by default in this action. The complaint was filed in this court on *[date of filing complaint]*; the summons and complaint were duly served on the defendant, *[name of defendant]*, on *[date of service]*; no answer or other defense has been filed by the defendant; default was entered in the civil docket in the office of the clerk of this court on *[date of entry of default]*; no proceedings have been taken by the defendant since default was entered; and defendant is not in military service and is not an infant or incompetent, as appears in the affidavit of *[name of affiant]* hereto annexed as Exhibit *[designation of exhibit]*.

Wherefore, plaintiff moves that this court make and enter a judgment that *[description of relief]*.

*[Name of attorney for plaintiff]*

Exhibit *[designation of exhibit]*.

*[Affidavit in Support of Motion]*

**Notes**

In situations where the clerk is not authorized to enter judgment, as in an action for something other than a money judgment, or in an action where the damages are not a sum certain, plaintiff applies to the court for the judgment. Fed. R. Civ. P. 55(b)(2).

If an attorney has appeared for the defendant before this motion is made, or if the defendant has made an appearance *pro se*, such attorney or party is entitled to timely notice of the motion for judgment at least 3 days before the hearing. Fed. R. Civ. P. 55(b)(2). Default judgment is not an admission of damages. CMA CGM (America) L.L.C. v. Peekay Intern., Inc., 2008 WL 4876853 (E.D. N.Y. 2008).

The defendant is entitled to argue against the proposed judgment. *See*, for example, Aljassim v. S.S. South Star, 323 F. Supp. 918 (S.D. N.Y. 1971).

## Other Orders
**3:23-cv-00977-TJM-ML**
**Duncauson v. Broome County**

PRO SE

### U.S. District Court

### Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.7 (Revision 1.7.1.2)]

## Notice of Electronic Filing

The following transaction was entered on 4/16/2024 at 9:50 AM EDT and filed on 4/16/2024
**Case Name:** Duncauson v. Broome County
**Case Number:** 3:23-cv-00977-TJM-ML
**Filer:**
**Document Number:** 19(No document attached)

**Docket Text:**
**TEXT ORDER: The Clerk's Entry of Default was entered against the Defendant in this action (Dkt. No. [18]). Should the Plaintiff wish to move for default judgment, the appropriate motion pursuant to Rule 55(b) and Local Rule 55.2 must be made within thirty (30) days from the date of this Order. Plaintiff must attach a copy of the Clerk's Entry of Default to the moving papers to serve on Defendant via regular mail and file a Certificate of Service of same. In the alternative, Plaintiff is directed to file a status report within thirty (30) days from the date of this Order. (Copy served upon Pltf via regular mail)(amt)**

**3:23-cv-00977-TJM-ML Notice has been electronically mailed to:**

**3:23-cv-00977-TJM-ML Notice has been delivered by other means to:**

Aminata Duncauson
26 Pulaski Street
Binghamton, NY 13905

Civil Court of the City of New York
County of **Broome**

Index Number **3-23-CV-00977 TJM**

**Aminata Duncanson**
　　　　　Plaintiff(s),
　　-against-

**Broome county Real property Taxe**
　　　　　Defendant(s),

AFFIRMATION OF SERVICE
OF JUDGMENT WITH
NOTICE OF ENTRY

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Apr 26 - 2024
John M. Domurad, Clerk

State of New York
County of **Broome**　~ss:

I, **Aminata Duncanson**, hereby affirms, deposes and says:
*(Print Name of Deponent)*

**I'm the Plaintiff in this action**

1) ~~I am over the age of 18 and not a party to this action.~~

2) On the **26** day of **04** 20**24** I served a copy of the attached Judgment with Notice of Entry on:

**04/26/2024**
　　　　　*(Name)*

by putting it in a stamped envelope and mailing it to:

**60 Hauley St, Binghamton NY**
　　　　　*(Address)*
**Binghamton NY 13905**
　　　　　*(City, State, Zip)*

I affirm this ___ day of _____, 20___, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the ~~foregoing is true~~, and I understand that this document may be filed in an action or proceeding in a court of law.

Printed Name: **Aminata Duncanson**　　Signature: _____

CIV-GP-106(01/24)i