U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
May 23 - 2024
John M. Domurad, Clerk

1)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK
N-THR-------------------------------X

Aminata Duncanson
_____ Plaintiff(s),

-against-

Broome county Real
Property Taxe _____ Defendant(s).
-------------------------------X

MOTION FOR
DEFAULT JUDGMENT
3-23 CV-97-( )

Plaintiff Aminata Duncanson hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant(s) Broome county Real property tax on the grounds that said defendants(s) failed to answer or otherwise defend against the complaint.

Dated: 5-23-2024

_____
(Signature)

Aminata Duncanson
Print Name of Plaintiff Pro Se

26 Pulaski st Binghamton
Address

NY 13905

TO:

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**May 23 - 2024**
John M. Domurad, Clerk

Aminata Duncauson

vs.                                      CASE NUMBER: **3:23-cv-977 (TJM/ML)**

Broome County

I, JOHN M. DOMURAD, CLERK, by Kathy Rogers, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 15th day of April, 2024 against Broome County.

Dated:   April 15, 2024

Clerk of Court

By: s/ Kathy Rogers

Deputy Clerk

2)

UNITED STATES DISTRICT COURT
Northern DISTRICT OF NEW YORK
------------------------------------------------X

Aminata Duncanson

                                               Plaintiff(s)

**AFFIRMATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

-against-   3:23cv977(DM)

Broome County Real Property Taxe
                                       Defendant(s).
------------------------------------------------X

I, Aminata Duncanson hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to 42 U.S.C § 1983

3. The time for defendant(s), Broome county Real property, to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), Aminata Duncauson has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) Broo county Real Property taxe to answer or otherwise move has not been extended.

5. That defendant(s) Broome county Real Property Taxe default has been noted by the Clerk of Court. A copy of the Certificate is attached hereto.

6. Defendant(s) Broome county Real property taxe is indebted to plaintiff, Aminata Duncanson in the following manner (state the facts in support of the claim(s)):

my property on 26 pulaski st Binghamton NY was published on newspaper for sale By Broome county Real property taxe, I, Aminata was wrongfully accused of not paying taxes of 2016-17 reason why a forclosure without notice was entered by Broome County Real property taxe without any prior notice - or legal proceeding, or court ordered. My Right as a home owner

3/

IN THE UNITED STATES DISTRICT COURT
FOR THE Nothern DISTRICT OF New York

Plaintiff, Aminata Duncanson

v.

Broome county Real Property taxe

Defendant.

Case No.: 3-23cv977

## DEFAULT JUDGMENT

The defendant, having failed to appear, plead, or otherwise defend in this action, and default having been entered on (date), and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and affidavit (declaration) in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff Aminata Duncanson against defendant Broome County as follows: (describe in detail the dollar amount and any other relief sought) Real property taxe $300,000 for illegal attempt to foreclose without prior notice. With no regards to legal proceedings. My property was also published in the local paper with no prior notice, or legal proceeding -

Plus interest on the judgment at the legal rate until the judgment is satisfied.

_____          _____
                                    Date

When I had paid all taxes including 2023 year.
If I had not taken the right actions, I Aminata Duncanson would be on the street with no home with my two children Ousmane Duncanson, and Emmanuel David Aidara

WHEREFORE, plaintiff **Aminata Duncanson** requests that the default of defendant(s) **Broome County Real Property taxe** be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: 5-23-2024

By: (Signature)
(Print Name of Plaintiff Pro Se)
(Address) 26 Pulaski st
(Telephone Number) Binghamton
(E-mail address) NY 13905

UNITED STATES DISTRICT COURT
Northern DISTRICT OF NEW YORK
----------------------------------------X

Aminata Duncaurson
　　　　Plaintiff(s),

3:23 cv-977 (JL)

AFFIRMATION OF SERVICE

-against-

Broome county Real
property tax
　　　　Defendant(s).
----------------------------------------X

I Aminata Duncaurson declare under penalty of perjury that I have served a copy of the attached Entry of default judgment by the court clerk a motion for default judgment upon Broome county Real property by mailing it to 60 Hawley st, Binghamton NY 13901

whose address is: 60 Hawley St, Binghamton, NY 13901

Dated: 5-23-2024

Signature: [signed]

Address: 26 Pulaski st

City, States & Zip Code: Binghamton NY 13905

_____
Attorney for Plaintiff

Sworn to and subscribed before me this _____ day of _____, 2024.

_____
Notary Public

My Commission Expires:_____